Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITRUS MARKETPLACE, LLC; EL MOLINO CORPORATION dba EL MOLINO TAQUERIA aka TAQUERIA EL MOLINO; SANTIAGO MORALES dba EL MOLINO TAQUERIA aka TAQUERIA EL MOLINO; VICTORIA MORALES dba EL MOLINO TAQUERIA aka TAQUERIA EL MOLINO,<br><br>　　　　　　Defendants. | Case No. 4:17-cv-04364-SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

　　WHEREAS, Defendants have not filed an answer or motion for summary judgment;

　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　WHEREAS, no counterclaim has been filed;

　　Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 8, 2018　　　　　　　　　　　　　MISSION LAW FIRM, A.P.C.


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　Francisca Moralez